IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 25 AM 10: 55

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

                          CR. NO. 03-20433-B

GEORGE KINDNESS/AMSCOT MEDICAL LABS,

    Defendants.

---

### ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

---

This cause came on for a report date on March 28, 2005. At that time, counsel for the defendant requested a continuance of the April 4, 2005 trial date in order to allow for additional preparation in the case, and a new trial report date of May 31, 2005 was set.

The Court subsequently granted a request for a change of plea date and set the **change of plea date of Tuesday, July 5, 2005, at 9:00 a.m.**, in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from June 17, 2005 through July 15, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 25th day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-25-05

(60)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:03-CR-20433 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Candace C. Crouse
105 West Fourth Street
Suite 920
Cincinnati, OH 45202--277

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

H. Lewis Sirkin
SIRKIN PINALES MEZIBOV & SCHWARTZ
105 W. 4th Street
Ste. 920
Cincinnati, OH 45202

Martin S. Pinales
105 West Fourth Street
Ste. 920
Cincinnati, OH 45202

Honorable J. Breen
US DISTRICT COURT