UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /KC/ D.C.

05 JUN -6 PM 5: 54

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | | Case No. CR03-20433BV |
| Plaintiff, | : | |
| | | |
| v. | : | Judge: Breen |
| | | |
| GEORGE KINDNESS and AMSCOT MEDICAL LABS, INC. | : | |
| | : | |
| Defendants. | | |

## ORDER OF COURT

And now, to-wit, this **6th** day of June, 2005, upon consideration of the Motion for Continuance of Plea Hearing filed by the Defendant, it is hereby ordered, adjudged, and decreed that said Motion be and the same hereby is GRANTED. The plea hearing is rescheduled and will take place on July **6**, 2005 at **1:15 p**.m.

Dated: 6/6/05

J. DANIEL BREEN, JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on **6-7-05**

(62)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:03-CR-20433 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Candace C. Crouse
105 West Fourth Street
Suite 920
Cincinnati, OH 45202--277

H. Lewis Sirkin
SIRKIN PINALES MEZIBOV & SCHWARTZ
105 W. 4th Street
Ste. 920
Cincinnati, OH 45202

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Martin S. Pinales
105 West Fourth Street
Ste. 920
Cincinnati, OH 45202

Honorable J. Breen
US DISTRICT COURT