IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -7 AM 8:56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 03-20433-B |
| ) | |
| GEORGE KINDNESS, ) | |
| AMSCOT MEDICAL LABS, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON CHANGE OF PLEA
AND SETTING**

This cause came to be heard on July 6, 2005, the United States Attorney for this district, Joe Murphy, appearing for the Government and the defendant, George Kindness, appearing in person on his own behalf and as representative for Amscot Medical Labs, and with counsel, Candace Crouse, who represented the defendants.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 11 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **THURSDAY, OCTOBER 6, 2005, at 1:30 P.M., in Courtroom No. 1, on the 11th floor before Judge J. Daniel Breen.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the 6th day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:03-CR-20433 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

H. Lewis Sirkin
SIRKIN PINALES MEZIBOV & SCHWARTZ
105 W. 4th Street
Ste. 920
Cincinnati, OH 45202

Candace C. Crouse
105 West Fourth Street
Suite 920
Cincinnati, OH 45202--277

Martin S. Pinales
105 West Fourth Street
Ste. 920
Cincinnati, OH 45202

Honorable J. Breen
US DISTRICT COURT