IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. <u>03-20433-B</u> |
| ) | |
| GEORGE KINDNESS, and ) | |
| AMSCOT MEDICAL LABS, INC. ) | |
| a corporation, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon motion of the United States, by consent of the defense counsel, and for good cause shown, the sentencing hearing in the above-referenced case is continued until the ___29th___ day of ___March___, 2006, at ___1:30___ a.m./p.m.

IT IS SO ORDERED this ___22nd___ day of ___November___, 2005.

J. DANIEL BREEN
United States District Judge

APPROVED BY:

JOSEPH C. MURPHY, JR.
Assistant U.S. Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:03-CR-20433 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

H. Lewis Sirkin
SIRKIN PINALES MEZIBOV & SCHWARTZ
105 W. 4th Street
Ste. 920
Cincinnati, OH 45202

Martin S. Pinales
105 West Fourth Street
Ste. 920
Cincinnati, OH 45202

Candace C. Crouse
105 West Fourth Street
Suite 920
Cincinnati, OH 45202--277

Honorable J. Breen
US DISTRICT COURT